United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 28, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

———————————————

No. 03-20805

———————————————

UNITED STATES OF AMERICA

                                        Plaintiff - Appellee

        v.

DENNIS SONGALIA FLORES

                                        Defendant - Appellant

----------------------------------

Appeal from the United States District Court for the
Southern District of Texas, Houston

----------------------------------

Before HIGGINBOTHAM, DAVIS and PRADO, Circuit Judges.

PER CURIAM:[1]

        IT IS ORDERED that the joint motion of the parties to vacate this court's order of

February 20, 2004, is GRANTED.

        IT IS ORDERED that the joint motion of the parties to remand case for re-sentencing

is GRANTED.

---

[1]Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.